1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  W. DOUGLAS SPRAGUE (CASBN 202121)
   Assistant U.S. Attorney
5
6  1301 Clay Street
   Oakland, CA 94612
7  Telephone: (510) 637-3771
   Fax: (510) 637-3724
   e-mail: doug.sprague@usdoj.gov
8
9  Attorneys for the United States

10               UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                     OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   CRIMINAL NO. 08-70006 WDB
                                     )
14        Plaintiff,                 )
                                     )   NOTICE OF PROCEEDINGS ON
15        v.                         )   OUT-OF-DISTRICT CRIMINAL
                                     )   CHARGES PURSUANT TO RULES
16  MARIO ORTIZ,                     )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                     )   OF CRIMINAL PROCEDURE
17        Defendant.                 )
                                     )
18  _____  )

19        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20  Procedure that on or about January 4, 2008, the above-named defendant was arrested and is in

21  custody based upon an arrest warrant (copy attached) issued upon an Indictment pending in the

22  Eastern District of Washington (copy attached), in Case Number 07-174-WFN.

23        In that Indictment, the defendant is charged with two counts. **Count One** charges the

24  defendant with violations of Title 21, United States Code, Section 841(a)(1), and Title 18, United

25  States Code, Section 2, and alleges that defendant and two co-defendants knowingly and

26  intentionally manufactured at least 1000 marijuana plants. **Count Two** charges the defendant

27  with violating Title 21, United States Code, Section 846, and alleges that defendant conspired

28  with two co-defendants to manufacture at least 1000 marijuana plants.

1 | The maximum penalties for <u>each</u> count are as follows: life imprisonment (and a mandatory minimum term of 10 years imprisonment); a life term of supervised release (and a mandatory minimum term of 5 years of supervised release); a $4,000,000 fine; and a special assessment of $100.

//

DATED: January 7, 2008

                                      Respectfully Submitted,

                                      JOSEPH P. RUSSONIELLO
                                      UNITED STATES ATTORNEY

                                      /s/
                                      W. DOUGLAS SPRAGUE
                                      Assistant U.S. Attorney

**RETURN TO CLERK USDC**
P.O. BOX 1493
SPOKANE, WA 99210

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

Plaintiff(s)

v.

**MARIO ORTIZ**

Defendant(s)

**WARRANT FOR ARREST**

Case Number: CR-07-174-WFN-2

To: The United States Marshal and any Authorized U.S. Officer

YOU ARE HEREBY COMMANDED to arrest MARIO ORTIZ

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n) indictment charging him or her with violation of:

21 USC 841(a)(1) MANUFACTURE 1000 OR MORE MARIJUANA PLANTS
21 USC 846 CONSPIRACY TO MANUFACTURE 1000 OR MORE MARIJUANA PLANTS

JAMES R. LARSEN
by [signature] Renea Durante
Deputy Clerk

CLERK, U.S. DISTRICT COURT

December 4, 2007    at Spokane, WA

BAIL FIXED AT AUSA seeks Detention
BY HONORABLE MAGISTRATE JUDGE CYNTHIA IMBROGNO

### RETURN ON WARRANT

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

AO-442 - WARRANT FOR ARREST

James A. McDevitt
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 4 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CRUZ MARTINEZ-BALTIER,
MARIO ORTIZ, and
VICTOR HERNANDEZ,

    Defendants.

CR-07-174-WFN

INDICTMENT

Vio: 21 U.S.C. § 841(a)(1)
Manufacture 1000 or
More Marijuana Plants
(Count 1)

21 U.S.C. § 846
Conspiracy to
Manufacture 1000 or
More Marijuana Plants
(Count 2)

The Grand Jury Charges:

COUNT 1

That on or about August 14, 2007, in the Eastern District of Washington, CRUZ MARTINEZ-BALTIER, MARIO ORTIZ, and VICTOR HERNANDEZ, did knowingly and intentionally manufacture 1000 or more marijuana plants, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vii), and 18 U.S.C. § 2.

INDICTMENT - 1
P71120DD.AAD.wpd

## COUNT 2

That beginning on a date unknown, but by on or about May 8, 2007, until on or about August 14, 2007, in the Eastern District of Washington, CRUZ MARTINEZ-BALTIER, MARIO ORTIZ, and VICTOR HERNANDEZ, did knowingly and intentionally combine, conspire, confederate and agree together and with each other and with other known persons, to commit the following offense against the United States, to wit: manufacture 1000 or more marijuana plants, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1); all in violation of 21 U.S.C. § 846.

DATED this 4th day of December, 2007.

A TRUE BILL

_____
Foreperson

James A. McDevitt
United States Attorney

Aine Ahmed
Assistant United States Attorney

Attest A True Copy
James R. Larsen, Clerk
United States District Court
Eastern District of Washington
By _____
Deputy Clerk

INDICTMENT - 2

<u>GRAND JURY</u>

<u>PANEL 07-1S</u> **CR-07-174-WFN-2**

December 4, 2007                              SPOKANE, WASHINGTON

**MARIO ORTIZ**                    BOND *AUSA seeks*
                                             AUSA Seeks *det.*
SSAN: None (Mexican Citizen)          Detention

DOB: 2/5/1966

21 U.S.C. § 841(a)(1)
Manufacture 1000 or More Marijuana
Plants (Count 1)

21 U.S.C. § 846
Conspiracy to Manufacture 1000 or
More Marijuana Plants (Count 2)

<u>AUSA</u>: Aine Ahmed, AUSA

<u>Agent</u>: Sam Keiser, DEA

<u>Bonding Information</u>: Defendant currently has an arrest warrant outstanding based upon a Criminal Complaint filed November 13, 2007. The United States would seek detention based upon the nature of the pending charges and risk of flight.

<u>Action to Be Taken</u>: ISSUE ARREST WARRANT

<u>County of Offense</u>: Okanogan

<u>Interpreter Services Needed</u>: Spanish

*MJ-07-348-CI-2*

P71129DD.AAA.wpd