BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-70006-WDB |
|---|---|---|
| Plaintiff, | ) | SUBMISSION OF MATERIALS IN SUPPORT OF DEFENDANT'S REQUEST FOR RELEASE ON BAIL |
| vs. | ) | |
| MARIO ORTIZ, | ) | Date: Jan. 11, 2008<br>Time: 10:00 a.m. |
| Defendant. | ) | Court: Hon. Wayne D. Brazil<br>U.S. Magistrate Judge |

  Defendant Mario Ortiz is scheduled to appear in court on January 11, 2008, at 10:00 a.m. for a bail hearing. In support of his request for release, defendant submits as Exhibit A the attached letters of support from the following friends and family: Juan Cabeza (friend), Patricia Cabeza (friend), Yuri Cornejo (nephew), Elia Hernandez (sister-in-law), Santiago Madrigal (friend), Maria Silva (friend), Samantha Perez (friend).

  Defendant has received numerous additional letters of support, but as these remaining letters are written in Spanish defendant is seeking to have translations prepared before filing

/ / / /

/ / / /

1  these additional letters of support.

2  Dated: January 10, 2008

3                                              Respectfully submitted,

4                                              BARRY J. PORTMAN
                                               Federal Public Defender

5                                                      /S/

6

7                                              HILARY A. FOX
                                               Assistant Federal Public Defender

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEF'S SUBMISSION RE: BAIL                                    2

# Exhibit A

U.S. v. Mario Ortiz
CR 08-70006 WDB

1/9/08

Hi my name is Samantha Perez and I know Mario Barreto Ortiz as a friend of the family. Mario is a good worker and he hasn't got out of the country. He has been doing a good job on cleaning back and front yards. He has been keeping his job clean. Mario has NEVER saled drugs, and he has always dedicated himself to his job. We know him as a excellent worker!.. He's a good father & a great worker!

Sincerely,
Samantha Perez.

1/10/08

To whom it may concern:

This letter is to inform that I Maria Silva have known Mario Ortiz for the past six years. He is a hardworking man. Mario Ortiz has been a close friend of mine and as far as I know he has a good reputation of staying out of trouble. His buisness is in landscaping and yard maintnance. I highly support him in anything. If anything else I can be contacted

Sincerly,

Maria Silva
62 Mountain View Ave
Apt. C. Bay Point CA. 94565

## TO WHOM IT MAY CONSERN:

I SANTIAGO MADRIGAL HAVE KNOWN MARIO BARRETO FOR 25 YEARS. HE HAS ALWAYS BEN A HARD WORKER. HE IS A HONEST PERSON.

SANTIAGO MADRIGAL

*Santiago Madrigal*
*211 Central Ave*
*Pittsburg Ca 94565*

I Patricia know Mario for 11 years and his family are very good friends of mine. When ever I see Mario he is always kind. For the elven years I've known him I never heard of him doing anything bad. Mario and his family are great people.

254 Andrea Ave
pittsburg Ca 94565

X Patricia Cabeza

January 9, 2008

Dear Judge,

My name is Elia Hernandez And I am writing you this Letter to help support my Brother in Law in his Innocent. I have known Mario Barreto Ortiz for practicly all my life since we were in Mexico. For about 21 years. I have seen him through good and bad times. He's been a hard working man all his life. He works Monday-Saturdays and even Sometimes Sunday. Just to support his family I support him in any way I can.

Elia Hernandez   1/9/08
959 Carpino Ave
Pittsburg, ca 94565

January 9, 2008

My name is Yuri Cornejo and I'm writing you this letter to support my uncle Mario Barreto Ortiz because he is a really nice man and I been knowing him all my life since I known him he has always worked on Landscaping. He works everyday. He is always working that sometimes he don't even have time to do anything or to have fun.

*YC*

Yuri Cornejo
159 W 10th Street Apt #A
Pittsburg CA 94565

I Juan know Mario for 11 years and his family are very good friends of mine. Whenever I see Mario he is always kind. For the eleven years I've known him I never heard of him doing anything bad. Mario and his family are great people.

254 Andrea Ave
Pittsburg Ca 94565

X Juan Cabrera