BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARIO ORTIZ,<br><br>                Defendant. | No. CR-08-70006-WDB<br><br>SUBMISSION OF ADDITIONAL MATERIALS IN SUPPORT OF DEFENDANT'S REQUEST FOR RELEASE ON BAIL<br><br>Date: Jan. 11, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Wayne D. Brazil<br>       U.S. Magistrate Judge |

       Defendant Mario Ortiz is scheduled to appear in court on January 11, 2008, at 10:00 a.m. for a bail hearing. In support of his request for release, defendant submits the attached additional letters of support, written in Spanish and translated into English.

Dated: January 11, 2008

                                    Respectfully submitted,

                                    BARRY J. PORTMAN
                                    Federal Public Defender

                                          /S/

                                    HILARY A. FOX
                                   Assistant Federal Public Defender

DEF'S ADD'L. SUBMISSION RE: BAIL        1

[Translations from Spanish originals in connection w/Mario Barreto Ortiz]

[page 1, January 9, 2008]

[Translator's note: All the Spanish originals translated below contain few punctuation marks and a number of spelling errors. In the interest of readability, this translation does not reflect these errors.]

1-9-08

I, Amalia Hernández, know Mario Barreto. He is my brother-in-law. I have known him for many years and I've always seen him working and he is a good person.

Amalia Hernández

439 Hawthorne St.

Pittsburg, CA 94565

Case 4:08-mj-70006-WDB   Document 4   Filed 01/11/2008   Page 3 of 19

[page 2, January 9, 2008]

1/9/08

I am writing these short lines by means of this letter.

I, Mario Aguilar, have known Mr. Mario Bareto for over 7 years. He is a very good person, a hard-working person, honest, not the way he is being accused. He has always worked in landscaping.

Sincerely,

[signed] Mario Aguilar

616 School St.

Pittsburg, CA 94565

[page 3 – January 10, 2008]

January 10, 2008

My name is David García. I am writing this letter to testify regarding Mr. Mario Barreto. I have known him for 3 years now and I know him to be a good person. He does honest work without getting into trouble with anybody or anything. He supports his family very much. He is a good son and a good brother. He has always been a good friend to me, full of affection for all those around him.

[signed] David García

[page 2, January 10, 2008]

January 10, 2008

Mi name is Sarai Ambriz and I've known Mr. Mario Barreto for many, many years. I know for a fact that he doesn't hurt anybody, nor would he be involved in anything bad because he is a very good person, a hard working man, dedicated to his work and his family. And even though he has his own family, he still supports his parents. He is always looking out for them in terms of anything they might need. He always lends a friendly hand to his siblings and to any person that needs his support. I know that he is a man with integrity, with an honest job, in addition to being a person of great value.

[signed] Sarai Ambriz

[page 4, January 10, 2008]

Hello. I am a sister to Mario Barreto O. and I'm writing this letter to tell you that Mario is a good worker, a good father, and he has never set a bad example to his children, to his nephews, or to anybody. Mario is a good worker and respectful. He is being accused of things that are not so. He has evidence that he does clean work. Was he found doing crooked things? No. Because he was going to his job, as usual, to clean yards, and he is very honest. This is [illegible] Mario who has been a good worker. I'm telling you because I know him very well and he is a hard worker. And thank you very much for giving us the opportunity to send this letter.

Sincerely,

[signed] Ms. Maricela Barreto

[page 3, January 9, 2008]

To Whom It May Concern:

By means of this letter allow me to greet you and give you my point of view.

I, María Mercedes Gallegos, state for a fact that Mr. Mario Barreto is a very good person because he is my relative. He is my uncle and he

[page 5, January 9, 2008]

1-10-08

I, Yolanda Botello, send you this letter to tell you what I think about Mr. Mario Ortiz. I have known him for 6 years and ever since I've known him, I have always seen him employed. He is a good man, always very calm and a very good person, always helping out when one needs him, however he can. What is being done to him is very unfair because I don't think he deserves that. He is a good man.

Yolando Botello

220 Hanlon Way

Bay Point, CA 94565

[page 10, January 9, 2008]

I, Alejandra Barreto Ortiz, am Mario Barreto Ortiz's sister. Mario is a very good person who is employed, who is responsible at his job, towards his family and his parents and siblings.

Mario has always had honest work. If you need more information, please call:   Alejandra Barreto

(925) 518-3109

Thank you.

[signed] Alejandra Barreto

[page 9, January 9, 2008]

Letter in reference to the good conduct of

    Mr. Mario Barreto Ortiz.

I, Guillermo Rangel B., have known Mr. Mario for 7 years and the only thing I know is that he is a good citizen, responsible and very hard working.

    I am Guillermo Rangel B.

    518-3109

02/10/08

Carta Referente ala Buena
Conducta de el
Señor Mario Barreto Ortiz

Yo Guillermo Rangel B.

Conosco al Señor Mario
Ase 7 Años y lo unico
que se es q' el es un Buen
Sidadano Responsable
y muy trabajador

Sing Guillermo Rangel B.

518-3109

01-10-2008

YO Alejandra Barreto Ortiz

Soy Hermana de Mario Barreto Ortiz.
Mario es una Persona muy buena
Que trabaja que es Responsable en
Su Trabajo con Su familia y sus
Papás y Hermanos.
Mario Siempre a trabajado horadamente
Si Nesecitan mas información
Por favor Ablar a.

Alejandra Barreto
(925) 518-3109

Gracias,

Alejandra Barreto

1-10-08

yo yolanda Botello les Mando esta carta para decirle lo que yo pienso del señor Mario ortiz yo tengo 6 Años de conocerlo y desde que yo lo conosco siempre lo he visto trabajando el es un buen hombre muy Calmado y muy buena persona Siempre Ayudando cuando uno lo necesita y con lo que el puede es muy injusto lo que le estan haciendo porque yo pienso que el no merese eso el es un buen hombre

yolanda Botello

220 hanlon WAY
Bay Point ca 94565

1-09-08

A quien Corresponda esta carta me sirbo para saludarlas y darles mi punto de vista

Yo Maria. Mercedes Gallegos. ago Constar que el Sr. Mario Barreto es una muy buena persona por que el es mi familiar es my tio y el

1/9/08

Con el presente me cirbo para escribir estas cortas linias.

Yo mario Aguilar

Conosco mas 7 años al Señor mario Bareto, es una persona muy buena jente muy trabajador. honradamente no como se le acusa. siempre a trabajado en landscape.

Atte: mario aguilar

1414 school st
Pittsburg CA 94565

Yo Amalia Hernancez 1-9-08
conosco a mario Barreto
el es mi cuñado tengo conociendolo
muchos años y todo el tiempo lo
ebisto trabajar y el es una buena
persona

Amalia Hernancez

439 Hawthorne St.
Pittsburg CA 94565

Enero 10, 2008

Mi nombre es David Garcia, escribo esta carta para dar mi testimonio acerca del señor Mario Barreto. Yo lo conozco desde hace ya 3 años y se que es una buena persona. Trabaja honradamente sin meterse en problemas con nadie ni con nada. Apoya muchísimo a su familia, es un buen hijo y un buen hermano. El siempre ha sido un buen amigo para mi, lleno de cariño para todos a su alrededor.

DAVID GARCIA

Enero 10, 2008

Mi nombre es Sarai Ambriz y conozco al Señor Mario Barreto desde hace muchos, muchos años. Me consta que no le hace daño a nadie ni se involucraría en nada malo porque es una muy buena persona, un hombre muy trabajador, dedicado a su trabajo y a su familia. Ya aun de tener su propia familia no deja de apoyar a sus padres, siempre esta al pendiente de ellos para cualquier cosa que puedan necesitar. Siempre tiene una mano amiga para sus hermanos y para cualquier persona que necesite su apoyo. Yo sé que el es un hombre integro, con un trabajo honrable ademas de ser una persona muy valiosa.

Sarai Ambriz

01/9/08

holo. Soy hErmana de Mario Barreto O. Y ago esta Carta, Para decirles que mario es un buen trabajador un buen Papá. Y el nunca le a dado malos ejemplo a sus hijos. ni a sus sobrinos ni a nadie mario es un buen trabajador y respetoso. a el lo estan acusando de cosas que no son. el tiene Pruebas de que tiene trabajo limpio. acaso lo encontraron en malos Pasos. no. Porque el iba a su trabajo. Como Siempre a limpiar sus yardas. Y el es muy onesto. esto es lo de mario que a sido un buen trabajador les digo Por que, lo conosco muy bien que es muy trabajador
Y muchas grasias Por, darnos la oPortunidad, de mandar esta Carta.

atte Sra Maricela Barreto