# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA, OAKLAND DIVISION

UNITED STATES OF AMERICA
v.
MARIO ORTIZ

**COMMITMENT TO ANOTHER DISTRICT**

FILED
JAN 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
2008 JAN 14 PM 2:58
UNITED STATES MARSHAL
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70006-WDB | CR-07-174-WFN | 4-08-70006-WDB | CR-07-174-WFN |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

[XX] Indictment   [ ] Information   [ ] Complaint   [ ] Other (specify)

charging a violation of Title 21   U.S.C. § 841(a)(1) and 846

**DISTRICT OF OFFENSE**
U.S. District Court, Eastern District of Washington, Spokane

**DESCRIPTION OF CHARGES:**

Manufacture 1000 or More Marijuana Plants (Count 1)
Conspiracy to Manufacture 1000 or More Marijuana Plants (Count 2)

**CURRENT BOND STATUS:**

[ ] Bail Fixed at _____ and conditions were not met
[XX] Government moved for detention and defendant detained after hearing in District of Arrest
[ ] Government moved for detention and defendant detained pending detention hearing in District of Offense
[XX] Other (specify) On Jan. 11, 2008, the deft. admitted his identity and waived his Identity/Removal Hearing in the District of Arrest.

**Representation:**   [ ] Retained Own Counsel   [XX] Federal Defender Organization   [ ] CJA Attorney   [ ] None

**Interpreter Required?**   [ ] No   [XX] Yes   Language: Spanish

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

1/14/08
Date

United States ~~Judge or~~ Magistrate Judge WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |